UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AVERY STONE

                        Plaintiff,

            v.


SOUTH CHINA MORNING POST
PUBLISHERS LTD., *et al.*,

                        Defendants.

Case No. 18-CV-8794 (KMK)

ORDER

KENNETH M. KARAS, United States District Judge:

For the reasons stated on the record at the Oral Argument on November 14, 2019, the

Court denies Plaintiff's Motion for Pre-Motion Discovery on Personal Jurisdiction and Forum

Non Conveniens Issues.

Further, as discussed, the Parties are ordered to submit a letter to the Court either

proposing a briefing schedule for Defendants' Motion To Dismiss or declining to file such a

motion by December 6, 2019.


SO ORDERED.

DATED:      November 14, 2019
            White Plains, New York

                                        KENNETH M. KARAS
                                        UNITED STATES DISTRICT JUDGE